NORMAN N. HIRATA, ESQ.
Nevada Bar No. 9419
AMESBURY LAW OFFICE
703 South Eighth Street
Las Vegas, NV 89101-7006
Telephone: (702) 385-5570
Facsimile: (702) 385-4234
nhirata@amesburylawoffice.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD EL ALI,<br><br>      Plaintiff,<br>vs.<br><br>WALGREEN CO., an Illinois Corporation,<br>dba WALGREENS; CHRIS SCALZITTI,<br>an Individual; MATT FOSTER, an<br>Individual; and DOES and ROES 1-100,<br>inclusive,<br>      Defendants. | Case No.: 2:10-CV-01401-RLH-PAL<br><br>**APPLICATION FOR AND**<br>**AFFIDAVIT IN SUPPORT OF**<br>**ORDER ALLOWING SERVICE**<br>**OF SUMMONS AND COMPLAINT**<br>**BY PUBLICATION** |

STATE OF NEVADA  )
         ) ss
COUNTY OF CLARK  )

NORMAN N. HIRATA, being first duly sworn on oath, deposes and says:

That I am an attorney duly licensed to practice law in the State of Nevada and am a member of the law firm of AMESBURY LAW OFFICES, attorneys for Plaintiff, MOHAMMAD EL ALI.

That I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto under oath.

That a Complaint was filed herein with the Clerk of this Court on the 7th day of July, 2010, and Summons was regularly issued thereon directed to the above-named Defendant, MATT FOSTER.

1

That Defendant, MATT FOSTER, is a necessary and proper party to this action.

That Affiant has hired a professional process server who has made a full and diligent search of the appropriate records in Clark County, Nevada, however, the present address and location of Defendant, MATT FOSTER, is nevertheless unknown to Affiant except as stated in the Affidavit of Due Diligence attached hereto as Exhibit 1.

Pursuant to F.R.C.P. Rule 4(e)(1), a Summons and Complaint on an individual defendant "…may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction."

Nevada Rules of Civil Procedure, Rule 4(e)(1)(i) allows for Service by Publication to be made "…when the person on whom service is to be made resides out of state, or has departed from the state, or cannot, after due diligence, be found within the state…"

That your Affiant therefore has moved this Court for its Order allowing service by publication of Defendant, MATT FOSTER.

WHEREFORE, Affiant prays for an Order of this Court directing that Summons in this action may be served upon Defendant, MATT FOSTER, by publication in accordance with the law as provided for in such cases in the state of Nevada.

_____
NORMAN N. HIRATA

SUBSCRIBED and SWORN to before me this 22nd day of September, 2010.

_____
NOTARY PUBLIC



EARLEAN M. NELSON-DEAL
Notary Public State of Nevada
No. 06-108314-1
My appt. exp. Aug. 24, 2014

Amesbury Law Offices
703 S. 8th St, Las Vegas, NV 89101-7006
Tel: (702) 385-5570 Fax: (702) 385-4234

Submitted by:

AMESBURY LAW OFFICES

By _____
NORMAN N. HIRATA, Esq.
Nevada Bar No. 9419
703 South Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

# Exhibit 1

DISTRICT COURT

CLARK COUNTY, NEVADA

MOHAMMAD EL ALI,

          Plaintiff(s),

vs

WALGREEN CO., an Illinois Corporation, dba WALGREENS; CHRIS SCALZITTI, an Individual; MATT FOSTER, an Individual; and DOES and ROES 1-100, inclusive,

          Defendant(s).

Case No. A-10-620290-C

Dept. No. VI

## AFFIDAVIT OF DUE DILIGENCE

Michael Casillas, being duly sworn says:

That at all times herein affiant was and is a citizen of the United States, over eighteen years of age, not a party to nor interested in the proceedings in which this affidavit is made.

That on August 13, 2010 at 11:45 AM, affiant received a Summons and a Complaint that were to be served on Matt Foster. An address of 4340 S. Valley View Blvd #208, Las Vegas, NV 89103 was provided for Matt Foster.

That on August 16, 2010 at 11:48 AM, affiant attempted service at 4340 S. Valley View Blvd #208, Las Vegas, NV 89103. This building is currently unoccupied and is completely vacant inside.

That affiant returned the documents to his employer, Jim Thomas, who completed locate work on Matt Foster. The Las Vegas Metropolitan Police Department will not provide information to private investigators/process servers. Utility companies

will not provide subscriber information because those records are proprietary, not public. The Department of Motor Vehicles and Clark County Election Department both require a date of birth in order to make inquiries and we were not provided that information. The Clark County Assessor provided information that Matthew Wayne and Starla L. Foster are the vested owners of a residential condominium at 5101 River Glen Dr #129, Las Vegas, NV 89103. Inquiries with the Clark County Recorder, Clark County Clerk, Nevada Secretary of State, Clark County Business Licensing, Las Vegas Business Licensing, North Las Vegas Business Licensing and Henderson Business Licensing provided no information that was more current for Matt Foster.

That on August 17, 2010 at 1:20 PM, affiant attempted service on Matt Foster at 5101 River Glen Dr #129, Las Vegas, NV 89103. This is a guard gated community. There was no response at the door.

That on August 18, 2010 at 7:55 PM, affiant attempted service on Matt Foster at 5101 River Glen Dr #129, Las Vegas, NV 89103. There was no response at the door and no lights could be seen within the residence.

That on August 20, 2010 at 6:00 AM, affiant attempted service on Matt Foster at 5101 River Glen Dr #129, Las Vegas, NV 89103. Affiant received no response at the door but as affiant was leaving, a person within the condominium closed the blinds on the front window.

That on August 24, 2010 at 3:30 PM, affiant attempted service on Matt Foster at 5101 River Glen Dr #129, Las Vegas, NV 89103. There was no response at the door.

That on August 30, 2010 at 8:20 PM, affiant attempted service on Matt Foster at 5101 River Glen Dr #129, Las Vegas, NV 89103. Lights were turned on within the residence and affiant could hear a person inside but they would not answer the door.

That affiant has been unable to complete service on Matt Foster who appears to be avoiding service.

That further, affiant sayeth naught.

DATED THIS 3RD DAY OF SEPTEMBER, 2010

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME

This 3rd day of September, 2010

_____

NOTARY PUBLIC in the State of Nevada,

County of Clark.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
JAMES P. THOMAS
No: 92-2706-1
My Appointment Expires Apr. 29, 2012

NORMAN N. HIRATA, ESQ.
Nevada Bar No. 9419
AMESBURY LAW OFFICE
703 South Eighth Street
Las Vegas, NV 89101-7006
Telephone: (702) 385-5570
Facsimile: (702) 385-4234
nhirata@amesburylawoffice.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MOHAMMAD EL ALI,

    Plaintiff,

vs.

WALGREEN CO., an Illinois Corporation, dba WALGREENS; CHRIS SCALZITTI, an Individual; MATT FOSTER, an Individual; and DOES and ROES 1-100, inclusive,

    Defendants.

Case No.: 2:10-cv-01401-RLH-PAL

**ORDER ALLOWING SERVICE BY PUBLICATION**

Upon reading the Affidavit of Norman N. Hirata, Esq., on file herein, it satisfactorily appears to the Court that a cause of action for damages exists in favor of the Plaintiff and against the Defendant, MATT FOSTER; that a Complaint was duly and regularly filed herein on the 7th day of July, 2010, and that due and regular issuance of Summons thereon was directed to the above-named Defendant, MATT FOSTER; that Defendant, MATT FOSTER, is a necessary and proper party to this action and personal service of process cannot be had on said Defendant in the State of Nevada, all as set forth in the Affidavit of Plaintiff's counsel, Norman N. Hirata, Esq., and the Affidavit of Due Diligence of the process server.

NOW, THEREFORE, IT IS HEREBY ORDERED that as to the said Defendant, MATT FOSTER, Summons in this action be served upon said Defendant by publication in the Nevada Legal News, a newspaper of general circulation published daily at Las Vegas, Nevada,

1

hereby designated as the newspaper most likely to give notice of the pendency of this action to said Defendant, MATT FOSTER; that said publication be made for a period of four consecutive weeks, and at least once each week for said period.

Dated this 5th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

AMESBURY LAW OFFICE

By_____
NORMAN N. HIRATA, Esq.
Nevada Bar No. 9419
703 South Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff